Anthony T. Case, Esq. (SBN 149583)
Michele M. Angeles, Esq. (SBN 228004)
**FARMER CASE & FEDOR**
402 W. Broadway, Suite 1100
San Diego, California  92101
(619) 338-0300 / (619) 338-0180 (Fax)

Attorneys for Defendants
REPOSSESSION SPECIALIST, INC. dba ABA RECOVERY SERVICE, INC. (erroneously sued and served as ABA RECOVERY SERVICE, INC.) and PAR, INC. DBA PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>ABA RECOVERY SERVIC, INC,, PAR, INC. dba PAR NORTH AMERICAN, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 15CV1971 CAB KSC<br><br>**NOTICE OF INTERESTED PARTIES ON BEHALF OF DEFENDANT PAR, INC. DBA NORTH AMERICA**<br><br>District Judge:  Hon. Cathy Ann Bencivengo / Courtroom 4C<br>Magistrate Judge: Hon. Karen S. Crawford<br>Action Filed:  September 3, 2015<br>Trial Date:  Not Yet Assigned |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant PAR, Inc. dba PAR North America, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

PAR Inc. dba PAR North America, Defendant;

ADESA, Inc., which is a wholly owned subsidiary of PAR; and

///

1 | KAR Auction Services, Inc. which is the sole shareholder of ADESA.

2 | Dated:  January 4, 2016                             **FARMER CASE & FEDOR**
                                                        By:

5 | /s/ Anthony T. Case
    ANTHONY T. CASE, ESQ.
    MICHELE M. ANGELES, ESQ.
    Attorneys for Defendants
    REPOSSESSION SPECIALIST, INC.
    And PAR, INC. DBA PAR NORTH
    AMERICA

**Case Name:** Thornton v. ABA Recovery Service, Inc., et al.
**Southern District Court of California:** 15CV1971 CAB KSC

## DECLARATION OF SERVICE

I hereby declare as follows:

I am, and was at the time of service of the papers referred to herein, over the age of eighteen (18) years, not a party to the action, and employed in the County of San Diego, State of California. My business address is 402 W. Broadway, Suite 1100, San Diego, California 92101.

I caused to be served the following document(s):

**NOTICE OF INTERESTED PARTIES ON BEHALF OF DEFENDANT PAR, INC. DBA NORTH AMERICA**

of which THE ORIGINAL DOCUMENT OR A TRUE AND CORRECT COPY is attached hereto, addressed to each such addressee respectively as follows:

Alexander B. Trueblood, Esq.
Trueblood Law Firm
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
(310) 443-4139 / Fax: (310) 943-2255
alec@hush.com
**COUNSEL FOR PLAINTIFF
JOSEPHINE THORNTON**

☑ **BY CM/ECF:** I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to the person(s) so designated above.

☐ **BY E-MAIL:** I caused said document(s) to be delivered via electronic mail (e-mail) to the person(s) so designated above.

☐ **BY U.S. MAIL:** I placed each sealed, prepaid envelope for collection and mailing at 402 W. Broadway, San Diego, California, 92101. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile transmission. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth above. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by an express service carrier providing overnight delivery in an envelope or package designated by the express service carrier with delivery fees paid or provided.

95-9024

DECLARATION OF SERVICE

**BY PERSONAL SERVICE:** I caused such document(s) to be hand-delivered to the person(s) served hereunder. A separate Proof of Personal Service will be provided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed January 4, 2016.

*/s/ Christina Fedor*
Christina Fedor