Anthony T. Case, Esq. (SBN 149583)
Michele M. Angeles, Esq. (SBN 228004)
**FARMER CASE & FEDOR**
402 W. Broadway, Suite 1100
San Diego, California 92101
(619) 338-0300 / (619) 338-0180 (Fax)

Attorneys for Defendants
REPOSSESSION SPECIALIST, INC. and PAR, INC. DBA PAR NORTH AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE THORNTON,<br><br>Plaintiff,<br><br>v.<br><br>ABA RECOVERY SERVICE, INC,, PAR, INC. dba PAR NORTH AMERICAN, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 15CV1971 CAB KSC<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED ANSWER ON BEHALF OF DEFENDANT REPOSSESSION SPECIALISTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: April 13, 2016<br><br>PER CHAMBERS, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT<br><br>District Judge:   Hon. Cathy Ann Bencivengo / Courtroom 4C<br>Magistrate Judge: Hon. Karen S. Crawford<br>Action Filed:    September 3, 2015<br>Trial Date:      Not Yet Assigned |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant REPOSSESSION SPECIALIST, INC. will, and hereby does move pursuant to Fed. R. Civ. Proc. 15(a)(2), for leave to amend its Answer to Plaintiff JOSEPHINE THORNTON's

First Amended Complaint to name and appear on behalf of the correct entity, "REPOSSESSION SPECIALISTS, a California corporation."

REPOSSESSION SPECIALIST's motion will be based on this notice, the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, and on such further argument and evidence as may be presented at the hearing on the motion.

Dated: March 16, 2016        **FARMER CASE & FEDOR**
                             By:

                             /s/ Anthony T. Case
                             ANTHONY T. CASE, ESQ.
                             MICHELE M. ANGELES, ESQ.
                             Attorneys for Defendant
                             REPOSSESSION SPECIALIST

**Case Name:** Thornton v. ABA Recovery Service, Inc., et al.
**Southern District Court of California:** 15CV1971 CAB KSC

### DECLARATION OF SERVICE

I hereby declare as follows:

I am, and was at the time of service of the papers referred to herein, over the age of eighteen (18) years, not a party to the action, and employed in the County of San Diego, State of California. My business address is 402 W. Broadway, Suite 1100, San Diego, California 92101.

I caused to be served the following document(s):

**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED ANSWER ON BEHALF OF DEFENDANT REPOSSESSION SPECIALISTS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

of which THE ORIGINAL DOCUMENT OR A TRUE AND CORRECT COPY is attached hereto, addressed to each such addressee respectively as follows:

Alexander B. Trueblood, Esq.
Trueblood Law Firm
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
(310) 443-4139 / Fax: (310) 943-2255
alec@hush.com
**COUNSEL FOR PLAINTIFF**
**JOSEPHINE THORNTON**

☑ **BY CM/ECF:** I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to the person(s) so designated above.

☐ **BY E-MAIL:** I caused said document(s) to be delivered via electronic mail (e-mail) to the person(s) so designated above.

☐ **BY U.S. MAIL:** I placed each sealed, prepaid envelope for collection and mailing at 402 W. Broadway, San Diego, California, 92101. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile transmission. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth above. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by an express service carrier providing overnight delivery in an envelope or package designated by the express service carrier with delivery fees paid or provided.

95-9024

☐ **BY PERSONAL SERVICE:** I caused such document(s) to be hand-delivered to the person(s) served hereunder. A separate Proof of Personal Service will be provided.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed March 16, 2016.

                                            */s/ Christina Fedor*
                                            Christina Fedor

95-9024

DECLARATION OF SERVICE