```
 1  Anthony T. Case, Esq. (SBN 149583)
    Michele M. Angeles, Esq. (SBN 228004)
 2  FARMER CASE & FEDOR
    402 W. Broadway, Suite 1100
 3  San Diego, California 92101
    (619) 338-0300 / (619) 338-0180 (Fax)
 4
 5  Attorneys for Defendant
    REPOSSESSION SPECIALISTS, a California corporation
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              SOUTHERN DISTRICT OF CALIFORNIA
10
11  JOSEPHINE THORNTON,            )   CASE NO.: 15CV1971 CAB KSC
12              Plaintiff,         )
                                   )   AMENDED NOTICE OF
13       v.                        )   INTERESTED PARTIES ON
                                   )   BEHALF OF DEFENDANT
14  ABA RECOVERY SERVIC, INC,,     )   REPOSSESSION SPECIALISTS
    PAR, INC. dba PAR NORTH        )
15  AMERICAN, and DOES 1 through 10,)  District Judge:  Hon. Cathy Ann
    inclusive,                     )                    Bencivengo / Courtroom 4C
16                                 )   Magistrate Judge: Hon. Karen S. Crawford
                Defendants.        )   Action Filed:    September 3, 2015
17                                 )   Trial Date:      Not Yet Assigned
                                   )
18                                 )
                                   )
19                                 )
                                   )
20
21       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of
22  record for Defendant Repossession Specialists dba ABA Recovery Service, certifies
23  that the following listed parties may have a pecuniary interest in the outcome of this
24  case. These representations are made to enable the Court to evaluate possible
25  disqualification or recusal:
26       Repossession Specialists, Defendant;
27       ABA Recovery Service
28       Marcelle Egley, principal in Repossession Specialists; and
```

1  First National Insurance Company of America, insurance carrier for
2  Repossession Specialists.

3  Dated:  April 6, 2016                    **FARMER CASE & FEDOR**
                                            By:

6                                           /s/ Michele M. Angeles
                                            ANTHONY T. CASE, ESQ.
                                            MICHELE M. ANGELES, ESQ.
7                                           Attorneys for Defendant
                                            REPOSSESSION SPECIALISTS, a
8                                           California corporation, dba ABA
                                            RECOVERY SERVICE

**Case Name:** Thornton v. ABA Recovery Service, Inc., et al.
**Southern District Court of California:** 15CV1971 CAB KSC

## DECLARATION OF SERVICE

I hereby declare as follows:

I am, and was at the time of service of the papers referred to herein, over the age of eighteen (18) years, not a party to the action, and employed in the County of San Diego, State of California. My business address is 402 W. Broadway, Suite 1100, San Diego, California 92101.

I caused to be served the following document(s):

**AMENDED NOTICE OF INTERESTED PARTIES ON BEHALF OF DEFENDANT REPOSSESSION SPECIALISTS**

of which THE ORIGINAL DOCUMENT OR A TRUE AND CORRECT COPY is attached hereto, addressed to each such addressee respectively as follows:

| | |
|---|---|
| Alexander B. Trueblood, Esq.<br>Trueblood Law Firm<br>10940 Wilshire Blvd., Ste. 1600<br>Los Angeles, CA 90024<br>(310) 443-4139 / Fax: (310) 943-2255<br>alec@hush.com<br>**COUNSEL FOR PLAINTIFF**<br>**JOSEPHINE THORNTON** | Evan S. Strassberg, Esq.<br>Michael Best & Friedrich LLP<br>6995 Union Park Center, Suite 100<br>Salt Lake City, Utah 84047<br>(801) 833-0500 / Fax: (801) 931-2500<br>**COUNSEL FOR DEFENDANT**<br>**FIRST ASSOCIATES LOAN**<br>**SERVICING, LLC** |

☑ **BY CM/ECF:** I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to the person(s) so designated above.

☐ **BY E-MAIL:** I caused said document(s) to be delivered via electronic mail (e-mail) to the person(s) so designated above.

☐ **BY U.S. MAIL:** I placed each sealed, prepaid envelope for collection and mailing at 402 W. Broadway, San Diego, California, 92101. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile transmission. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth above. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ **BY OVERNIGHT MAIL:** I caused said document(s) to be deposited in a box or other facility regularly maintained by an express service carrier providing overnight delivery in an envelope or package designated by the express service carrier with delivery fees paid or provided.

95-9024

1  ☐ **BY PERSONAL SERVICE:** I caused such document(s) to be hand-delivered to the person(s) served hereunder. A separate Proof of Personal Service will be provided.
2  
3  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 6, 2016.
4  
5               */s/ Christina Fedor*
             Christina Fedor

95-9024

DECLARATION OF SERVICE